UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE MCCULLOM,

    Petitioner,

v.

GREGORY AHERN,

    Respondent.

Case No. 21-cv-02515-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, Denying Certificate of Appealability, judgement is entered in favor of Respondent and against Petitioner. The Clerk shall deny all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/23/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge