UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GREGORY AHERN,<br><br>　　　　Respondent. | Case No. 21-cv-02515-HSG<br><br>**ORDER DENYING REQUEST FOR ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 21 |

Petitioner, an inmate at Santa Rita Jail, filed this *pro se* petition for a writ of habeas corpus. On September 23, 2021, the Court DISMISSED the habeas petition for failing to exhaust state judicial remedies, denied a certificate of appealability, and entered judgment in favor of Respondent. Dkt. Nos. 19, 20. Petitioner's request for an order to show cause "for entry of grounds for (TRO) temporary restraining order against the Alameda County State Court's judicial officers and other state officials at the Santa Rita County Jail Facility for violations of 28 U.S.C.A. 1962(c) of the RICO Act" is therefore DENIED as moot.

This order terminates Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: 10/4/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge